# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

| | |
|---|---|
| United States *Plaintiff* | ) ) |
| v. | ) Case No. 04-CR-56-RTR-3 |
| Raza Bokhari, a/k/a Syed Raza Ali Bokhari *Defendant* | ) ) ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Raza Bokhari (also known as Syed Raza Ali Bokhari).

Date: 04/02/2013

s/H. Christopher Bartolomucci
*Attorney's signature*

H. Christopher Bartolomucci (DC Bar 453423)
*Printed name and bar number*

Bancroft PLLC
1919 M Street, NW
Suite 470
Washington, DC 20036
*Address*

cbartolomucci@bancroftpllc.com
*E-mail address*

(202) 234-0090
*Telephone number*

(202) 234-2806
*FAX number*